**Order filed July 14, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00168-CV
_____

### KAMAL KADI, Appellant

### V.

### AUTUMN CHACE HOMEOWNER'S ASSOCIATION, INC. & CREATIVE MANAGEMENT COMPANY, Appellees

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1050834**

## ORDER

Appellant's brief was filed on March 5, 2015. The court has determined that appellant has not properly presented this cause in the brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1(c), (d), (f), (g), and (i).

Accordingly, pursuant to Rule 38.9, the court orders appellant to rebrief. *See* Tex. R. App. P. 38.9. Appellant's amended brief is due within 30 days of the date

of this order and appellee's responsive brief shall be due 30 days after appellant's revised brief is filed. If appellant fails to file his brief within 30 days of the date of this order, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel consists of Justices Christopher, Brown and Wise.